REALTY COMPANY and Others, Defendants.— Motion granted so far as to vacate stay contained in order of this court entered November 3, 1922.  Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

ALEXANDER TOOTH, Respondent, v. CATHERINE SIPP, Appellant.— Motion denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

ISABELLE TOOTH, Respondent, v. CATHERINE SIPP, Appellant.— Motion denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

In the Matter of the Application of the CITY OF NEW YORK (Seventh Avenue from Greenwich Avenue to Carmine Street).— Motion granted.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

In the Matter of the Application of the CITY OF NEW YORK (Seventh Avenue from Greenwich Avenue to Carmine Street).— Motion granted.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

JOSEPH ROTUNDO, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

DONELIN & McDONOUGH, INC., Respondent, v. WAX REALTY CO., INC., Appellant, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTATE OF EUGENE A. HOFFMAN, INC., Appellant.— Motion granted.  Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTATE OF EUGENE A. HOFFMAN, INC., Appellant.— Motion granted.  Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTATE OF EUGENE A. HOFFMAN, INC., Appellant.— Motion granted.  Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTATE OF EUGENE A. HOFFMAN, INC., Appellant.— Motion granted.  Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

In the Matter of ABRAHAM ABEL ENKLEWITZ, an Attorney.—Application to reopen proceedings denied and stay vacated.  Settle order on notice.  Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

WALTER BINNER v. THE GEORGE ETHRIDGE COMPANY.  WALTER BINNER v. GEORGE ETHRIDGE.— Orders upon determination of the appeals herein settled and filed.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

---

## SECOND DEPARTMENT, JANUARY, 1925.

DOMENICO ALBANO and Another, as Administrators, etc., Respondents, v. MEDITERRANEAN STEVEDORING COMPANY and Another, Appellants, Impleaded with Another, Defendant.— Motion for reargument denied.  Motions for leave to appeal to the Court of Appeals denied.  Motions for stay granted for thirty